IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MUJERA BENJAMIN LUNGAHO                                               PLAINTIFF
# 0034944

v.                           3:23CV00257-DPM-JTK

STEVEN FRANKS, et al.                                                DEFENDANTS

## ORDER

Having reviewed Mujera Benjamin Lungaho's ("Plaintiff") Complaint (Doc. No. 2) for screening purposes,[1] the Court concludes service of Plaintiff's failure to protect claims against Defendants Felisha Rowland and Jamie Floyd (Id. at 9-10) is appropriate.

IT IS, THEREFORE, ORDERED that the Clerk of the Court is directed to prepare Summonses for Defendants Felisha Rowland and Jamie Floyd. The United States Marshal is directed to serve a copy of the Complaint (Doc. No. 2), Summons, and this Order on each of these Defendants without prepayment of fees and costs or security therefore. Service should be attempted through the Greene County Sheriff's Office, 1809 North Rockingchair Road, Paragould, AR 72450.

Dated this 23rd day of January, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).