# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

MUJERA BENJAMIN LUNG'AHO                           PLAINTIFF
#0034944

v.                      No. 3:23-cv-257-DPM-JTK

STEVE FRANKS, Sheriff, Greene County Sheriff's Department; ROBERT CASE, Jail Administrator, Greene County Detention Center; DANE BARNUM, Jail Supervisor, Greene County Detention Center; FELISHA ROWLAND, Compliance Officer, Greene County Detention Center; BRAD SNYDER, Sheriff, Greene County Sheriff's Department; SHIELA ROBERTSON, Jail Administrator, Greene County Detention Center; JACOB WHITE, Jail Supervisor, Greene County Detention Center; JASMINE SANCHEZ, Compliance Officer, Greene County Detention Center; A. HINSON, Detention Officer, Greene County Detention Center; MICHAEL BARNES, Detention Officer, Greene County Detention Center; MORGAN ROBINSON, Detention Officer, Greene County Detention Center; KENDRA HAMPTON, Detention Officer, Greene County Detention Center; TRISTEN GRIESE, Detention Officer, Greene County Detention Center; CAMERON HUGHES, Detention Officer, Greene County Detention Center; JAMIE FLOYD,

| | |
|---|---|
| Detention Officer, Greene County Detention Center; MATTHEW HECHT, Detention Officer, Greene County Detention Center; WESTON LANCASTER, Detention Officer, Greene County Detention Center; KEATON MASSEY, Detention Officer, Greene County Detention Center; CHARLIE BLEDSOE, Detention Officer, Greene County Detention Center; JOSH THOMPSON, Detention Officer, Greene County Detention Center; ETHAN HUFFSTETTER, Detention Officer, Greene County Detention Center; ANDREW WILLIAMS, Detention Officer, Greene County Detention Center; and J.B. HOYER, Detention Officer, Greene County Detention Center | DEFENDANTS |

## ORDER

Comprehensive objections, *Doc. 11,* noted. The Court declines to adopt the recommendation, *Doc. 10.* Fed. R. Civ. P. 72(b)(3). Lung'aho must file a second amended complaint detailing his allegations against each defendant. With this number of defendants, specificity is key. For each defendant: what claims are being brought against them? What exactly did they allegedly do? And what relief is Lung'aho seeking? Second amended complaint due by 21 March 2024.

-3-

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 February 2024

-3-