IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MUJERA BENJAMIN LUNG'AHO                                                              PLAINTIFF
Reg. # 08572-509

v.                                            3:23CV00257-DPM-JTK

STEVEN FRANKS, et al.                                                                DEFENDANTS

## ORDER

After screening Mujera Benjamin Lung'aho's ("Plaintiff") Second Amended Complaint pursuant to the Prison Litigation Reform Act ("PLRA"), the Court directed service on all named Defendants.[1] (Doc. No. 21). Summonses on Defendants Robinson, Hecht, Lancaster, Thompson, Franks, and Hinson were returned unexecuted. (Doc. Nos. 41-46).

The Court was provided under seal a last known address for Defendant Franks even before Summons on Defendant Franks was returned unexecuted; Summons on Defendant Franks has already been reissued. (Doc. Nos. 34, 37).

Defendants Robinson, Hecht, Lancaster, Thompson, and Hinson no longer work at the Greene County Detention Center (Doc. Nos. 41-44, 46) but the Court was not provided a last known address for these Defendants. Defense counsel is requested to provide a last known address for these Defendants, if one exists, within ten (10) days of the date of this Order.

IT IS SO ORDERED this 8th day of August, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The PLRA requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).