IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MUJERA BENJAMIN LUNG'AHO                                              PLAINTIFF
Reg. # 08572-509

v.                              3:23CV00257-DPM-JTK

STEVEN FRANKS, et al.                                                 DEFENDANTS

**ORDER**

Upon screening Mujera Benjamin Lungaho's ("Plaintiff") Second Amended Complaint (Doc. No. 20) pursuant to the Prison Litigation Reform Act,[1] the Court directed service of Plaintiff's claims against Defendant Jamie Floyd, among others. (Doc. No. 9). The Court attempted service on Defendant Floyd at a last known address provided to the Court under seal. Summons on Defendant Floyd was returned unexecuted with only the notation "return to sender." (Doc. No. 63). The Court will attempt service once more.

IT IS, THEREFORE, ORDERED that the Clerk of the Court is directed to prepare Summons for Defendant Jamie Floyd. The United States Marshal is directed to personally serve a copy of the Second Amended Complaint (Doc. No. 20), Summons, and this Order on Defendant Floyd without prepayment of fees and costs or security therefore. Service should be attempted at the addresses maintained under seal (Doc. No. 34).

Dated this 25th day of September, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).