# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

MUJERA BENJAMIN LUNG'AHO                                                                PLAINTIFF
Reg. # 08572-509

v.                                            3:23CV00257-DPM-JTK

STEVEN FRANKS, et al.                                                                   DEFENDANTS

## ORDER

Mujera Benjamin Lungaho's ("Plaintiff") Motion for Extension of Time in which to provide an address for service for Defendants Rowland and Robinson (Doc. No. 73) is GRANTED. Accordingly, Plaintiff must provide a valid address for service for those Defendants within thirty (30) days of the date of this Order.

If Plaintiff does not do so, and these Defendants are not served, the Court will recommend that Plaintiff's claims against these Defendants be dismissed without prejudice. LOCAL RULE 5.5(c)(2); FED. R. CIV. P. 4(m).

The Clerk of the Court is directed to send Plaintiff a copy of the docket sheet along with a copy of this Order.

IT IS SO ORDERED this 30th day of October, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE