IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MUJERA BENJAMIN LUNG'AHO                                                    PLAINTIFF
Reg. # 08572-509

v.                                          3:23CV00257-DPM-JTK

STEVEN FRANKS, et al.                                                       DEFENDANTS

## ORDER

Upon screening Mujera Benjamin Lungaho's ("Plaintiff") Second Amended Complaint (Doc. No. 20) pursuant to the Prison Litigation Reform Act,[1] the Court directed service of Plaintiff's claims against Defendants Felisha Rowland and Morgan Robinson, among others. (Doc. Nos. 9, 21). The Court attempted serving Defendants Rowland and Robinson at the address provided by Plaintiff and at a last known address, but these attempts failed. Upon request from the Court, Plaintiff provided additional addresses for service for these Defendants. The Court will attempt service once more.

The Court notes that is Plaintiff's responsibility to provide a service address for Defendants Rowland and Robinson. See Lee v. Armontrout, 991 F.2d 487, 489 (8th Cir. 1993) (per curiam); see also FED. R. CIV. P. 4(m) (any defendant not served within ninety (90) days after the filing of the Complaint is subject to dismissal without prejudice). If Defendants Rowland and Robinson are not served within 30 days, the Court will recommend Plaintiff's claims against them be dismissed without prejudice. LOCAL RULE 5.5(c)(2); FED. R. CIV. P. 4(m).

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).

2

IT IS, THEREFORE, ORDERED that the Clerk of the Court is directed to prepare Summonses for Defendants Felisha Rowland and Morgan Robinson. The United States Marshal is directed to serve a copy of the Second Amended Complaint (Doc. No. 20), Summons, and this Order on each of these Defendants without prepayment of fees and costs or security therefore.

Service on Defendant Rowland should be attempted at 519 County Road 995, Lake City, Arkansas, 72437 and at 1004 Oakdale Street, Paragould, Arkansas 72450.

Service on Defendant Robinson should be attempted at 314 Crest Drive, Rector, Arkansas, 72461 and at 422 Greene Road 125, Paragould, Arkansas 72450.

Dated this 3rd day of December, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE