IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MUJERA BENJAMIN LUNG'AHO                                                        PLAINTIFF
Reg. # 08572-509

v.                                      3:23CV00257-DPM-JTK

STEVEN FRANKS, et al.                                                           DEFENDANTS

## ORDER

Pending is Mujera Benjamin Lung'aho's ("Plaintiff") Second Amended Complaint. (Doc. No. 20). Mail sent by the Court to Plaintiff at his current address of record has been returned as undeliverable. (Doc. Nos. 94, 95). Pursuant to Local Rule 5.5(c)(2), a pro se plaintiff must promptly notify the Clerk of the Court and the other parties of any change in his address and must monitor the progress of the case and prosecute it diligently. Further, if any communication from the Court is not responded to within thirty days, the case may be dismissed without prejudice. Accordingly, Plaintiff must update his address within thirty (30) days of the date of this Order. If he does not do so, this case may be dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

IT IS SO ORDERED this 9th day of April, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE