IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MUJERA BENJAMIN LUNG'AHO                                    PLAINTIFF
Reg. # 08572-509

v.                           No. 3:23-cv-257-DPM-JTK

STEVE FRANKS, Sheriff, Greene
County Sheriff's Department; ROBERT
CASE, Jail Administrator, Greene County
Detention Center; DANE BARNUM,
Jail Supervisor, Greene County Detention
Center; FELISHA ROWLAND, Compliance
Officer, Greene County Detention Center;
BRAD SNYDER, Sheriff, Greene County
Sheriff's Department; SHIELA ROBERTSON,
Jail Administrator, Greene County Detention
Center; JACOB WHITE, Jail Supervisor,
Greene County Detention Center; JASMINE
SANCHEZ, Compliance Officer, Greene
County Detention Center; A. HINSON,
Detention Officer, Greene County Detention
Center; MICHAEL BARNES, Detention Officer,
Greene County Detention Center; MORGAN
ROBINSON, Detention Officer, Greene County
Detention Center; KENDRA HAMPTON,
Detention Officer, Greene County Detention
Center; TRISTEN GRIESE, Detention Officer,
Greene County Detention Center; CAMERON
HUGHES, Detention Officer, Greene County
Detention Center; JAMIE FLOYD, Detention
Officer, Greene County Detention Center;
MATTHEW HECHT, Detention Officer,

Greene County Detention Center; WESTON LANCASTER, Detention Officer, Greene County Detention Center; KEATON MASSEY, Detention Officer, Greene County Detention Center; CHARLIE BLEDSOE, Detention Officer, Greene County Detention Center; JOSH THOMPSON, Detention Officer, Greene County Detention Center; ETHAN HUFFSTETTER, Detention Officer, Greene County Detention Center; ANDREW WILLIAMS, Detention Officer, Greene County Detention Center; and J. B. HOYER, Detention Officer, Greene County Detention Center                              DEFENDANTS

## ORDER

Unopposed partial recommendations, *Doc. 91 & 93*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Lung'aho's claims against Robinson and Rowland are dismissed without prejudice for lack of service. The Court directs the Clerk to terminate them as parties.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 April 2025