IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MUJERA BENJAMIN LUNG'AHO                                                    PLAINTIFF
Reg. # 08572-509

v.                                    3:23CV00257-DPM-JTK

STEVE FRANKS, et al.                                                        DEFENDANTS

**ORDER**

After screening Mujera Benjamin Lung'aho's ("Plaintiff") Second Amended Complaint pursuant to the Prison Litigation Reform Act ("PLRA"), the Court directed service on Defendant Matthew Hecht, among others.[1]  (Doc. No. 21).  After one failed attempt at service, the Court directed service on Defendant Hecht at a last known address that is maintained under seal. Summons was again returned unexecuted, but it appears the parcel is "lost in the USPS system." (Doc. No. 78).  The Court attempted service on Defendant Hecht at the address under seal once more.  (Doc. No. 84).  Summons was returned with the notation "return to sender."  The Court will again attempt service on Defendant Hecht.  (Doc. No. 90).

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summons for Defendant Matthew Hecht.  The United States Marshal is directed to personally serve a copy of the Second Amended Complaint (Doc. No. 20), Summons, and this Order on Defendant Hecht without prepayment of fees and costs or security therefore.  Service should be attempted at the addresses maintained under seal (Doc. No. 54).

Dated this 1st day of May, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The PLRA requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee.  28 U.S.C. § 1915A(a).