# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

MUJERA BENJAMIN LUNG'AHO                                                                   PLAINTIFF
Reg. # 08572-509

v.                                            3:23CV00257-DPM-JTK

STEVE FRANKS, et al.                                                                         DEFENDANTS

## ORDER

The following Defendants have filed an Answer to Plaintiff's Complaint and supplied their full and correct names: Sheila Robertson (Doc. No. 49); Alicia Hinson (Doc. No. 72); Kendra Hammon (Doc. No. 36); and Ethan Huffstetler (Doc. No. 40).   The Clerk of the Court is directed to change the style of the case to reflect the correct names of these Defendants.

IT IS SO ORDERED this 1st day of May, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE