# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

MUJERA BENJAMIN LUNG'AHO                         PLAINTIFF
Reg. # 08572-509


v.                        No. 3:23-cv-257-DPM

STEVE FRANKS, Sheriff, Greene
County Sheriff's Department;  ROBERT
CASE, Jail Administrator, Greene County Detention
Center;  DANE BARNUM,
Jail Supervisor, Greene County Detention
Center;  BRAD SNYDER, Sheriff, Greene County
Sheriff's Department;  SHEILA ROBERTSON,
Jail Administrator, Greene County Detention Center;
JACOB WHITE, Jail Supervisor,
Greene County Detention Center;  JASMINE
SANCHEZ, Compliance Officer, Greene
County Detention Center;  ALICIA HINSON,
Detention Officer, Greene County Detention Center;
MICHAEL BARNES, Detention Officer, Greene
County Detention Center;  KENDRA HAMMON,
Detention Officer, Greene County Detention Center;
TRISTEN GRIESE, Detention Officer, Greene
County Detention Center; CAMERON HUGHES,
Detention Officer, Greene County Detention Center;
JAMIE FLOYD, Detention Officer, Greene County
Detention Center; MATTHEW HECHT, Detention
Officer,
Greene County Detention Center;  WESTON
LANCASTER, Detention Officer, Greene County
Detention Center;  KEATON MASSEY, Detention
Officer, Greene County Detention Center;  CHARLIE

BLEDSOE, Detention Officer, Greene County
Detention Center; JOSH THOMPSON, Detention
Officer, Greene County Detention Center; ETHAN
HUFFSTETLER, Detention Officer, Greene County
Detention Center; ANDREW WILLIAMS,
Detention Officer, Greene County Detention Center;
and J. B. HOYER, Detention Officer, Greene
County Detention Center                           **DEFENDANTS**

## ORDER

Lung'aho's mail is being returned as undeliverable. *Doc. 94, 95, 98, 103, & 104.* Magistrate Judge Kearney directed him to update his address more than thirty days ago. *Doc. 96.* He hasn't. If Lung'aho doesn't update his address by 27 June 2025, the Court will dismiss his case without prejudice. Local Rule 5.5(c)(2). Final warning.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
28 May 2025