IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MUJERA BENJAMIN LUNG'AHO                                    PLAINTIFF
Reg. # 08572-509

v.                      No. 3:23-cv-257-DPM

STEVE FRANKS, Sheriff, Greene
County Sheriff's Department; ROBERT
CASE, Jail Administrator, Greene County
Detention Center; DANE BARNUM,
Jail Supervisor, Greene County Detention
Center; BRAD SNYDER, Sheriff, Greene County
Sheriff's Department; SHEILA ROBERTSON,
Jail Administrator, Greene County Detention
Center; JACOB WHITE, Jail Supervisor,
Greene County Detention Center; JASMINE
SANCHEZ, Compliance Officer, Greene
County Detention Center; ALICIA HINSON,
Detention Officer, Greene County Detention
Center; MICHAEL BARNES, Detention Officer,
Greene County Detention Center; KENDRA
HAMMON, Detention Officer, Greene County
Detention Center; TRISTEN GRIESE, Detention
Officer, Greene County Detention Center;
CAMERON HUGHES, Detention Officer, Greene
County Detention Center; JAMIE FLOYD,
Detention Officer, Greene County Detention Center;
MATTHEW HECHT, Detention Officer,
Greene County Detention Center; WESTON
LANCASTER, Detention Officer, Greene County
Detention Center; KEATON MASSEY, Detention
Officer, Greene County Detention Center; CHARLIE

BLEDSOE, Detention Officer, Greene County
Detention Center; JOSH THOMPSON, Detention
Officer, Greene County Detention Center; ETHAN
HUFFSTETLER, Detention Officer, Greene County
Detention Center; ANDREW WILLIAMS,
Detention Officer, Greene County Detention Center;
and J. B. HOYER, Detention Officer, Greene
County Detention Center                                           DEFENDANTS

## ORDER

**1.** The Court withdraws the reference.

**2.** Lung'aho hasn't updated his address, and the time to do so has passed. *Doc. 105.* His mail continues to be returned as undeliverable. *Docs. 98, 103, 104, & 106.* His complaint, as amended, will therefore be dismissed without prejudice. Local Rule 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

**3.** The defendants' scheduling-related motion, *Doc. 107*, is denied without prejudice as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 June 2025