IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MUJERA BENJAMIN LUNG'AHO                                    PLAINTIFF
Reg. # 08572-509

v.                          No. 3:23-cv-257-DPM

STEVE FRANKS, Sheriff, Greene
County Sheriff's Department; ROBERT
CASE, Jail Administrator, Greene County
Detention Center; DANE BARNUM,
Jail Supervisor, Greene County Detention
Center; FELISHA ROWLAND, Compliance
Officer, Greene County Detention Center;
BRAD SNYDER, Sheriff, Greene County
Sheriff's Department; SHEILA ROBERTSON,
Jail Administrator, Greene County Detention
Center; JACOB WHITE, Jail Supervisor,
Greene County Detention Center; JASMINE
SANCHEZ, Compliance Officer, Greene
County Detention Center; ALICIA HINSON,
Detention Officer, Greene County Detention
Center; MICHAEL BARNES, Detention Officer,
Greene County Detention Center; MORGAN
ROBINSON, Detention Officer, Greene County
Detention Center; KENDRA HAMMON,
Detention Officer, Greene County Detention
Center; TRISTEN GRIESE, Detention Officer,
Greene County Detention Center; CAMERON
HUGHES, Detention Officer, Greene County
Detention Center; JAMIE FLOYD, Detention
Officer, Greene County Detention Center;
MATTHEW HECHT, Detention Officer,

Greene County Detention Center; WESTON LANCASTER, Detention Officer, Greene County Detention Center; KEATON MASSEY, Detention Officer, Greene County Detention Center; CHARLIE BLEDSOE, Detention Officer, Greene County Detention Center; JOSH THOMPSON, Detention Officer, Greene County Detention Center; ETHAN HUFFSTETLER, Detention Officer, Greene County Detention Center; ANDREW WILLIAMS, Detention Officer, Greene County Detention Center; and J. B. HOYER, Detention Officer, Greene County Detention Center                                    DEFENDANTS

## JUDGMENT

Lung'aho's complaint, as amended, is dismissed without prejudice.

*NPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 June 2025